id. 315, and *Gormly* v. *McIntosh*, 22 Barb. 271.) All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MORRIS KATZMAN, Respondent, v. HARRY WALDOW, Appellant.— Judgment of Special Term and judgment of Buffalo City Court reversed on the law and facts, and a new trial granted in Buffalo City Court, with costs in all courts to the appellant to abide the event, upon the ground that the only theory upon which defendant could be found negligent is in respect to repairs to the building resulting in damage to the goods of his tenant, and upon this matter plaintiff has failed to establish by a fair preponderance of the evidence that the water which damaged plaintiff's goods came into the building through any hole in the roof made in the course of such repairs, which is the only defect suggested. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MADELYN K. HOPKINS, Appellant, v. THE STATE OF NEW YORK, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LEONARD FISHER and Another, Copartners, etc., Respondents, v. ERNEST SANDLE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. The license of the salesman was not received or considered upon the appeal. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CROSMAN ARMS COMPANY, INCORPORATED, Plaintiff, v. MONTGOMERY WARD & COMPANY, INCORPORATED, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ESTHER O'BRIEN, Respondent, v. DELIA ERWIN, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARY ELIZABETH O'BRIEN, an Infant, by Guardian ad Litem, Respondent, v. DELIA ERWIN, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ARTHUR J. FISHER, Appellant, v. HELENA H. FISHER, Respondent.— Motion to dismiss appeal granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

OBADIAH C. WAGNER, Appellant, v. SCOTTISH UNION AND NATIONAL INSURANCE COMPANY OF EDINBURGH and Another, Respondents.— Appeal dismissed, unless appellant shall file and serve printed papers and briefs by December twentieth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HENRY E. WAGNER, Appellant, v. SCOTTISH UNION AND NATIONAL INSURANCE COMPANY OF EDINBURGH and Seven Other Defendants Sued in Separate Actions, Respondents.— Appeals dismissed, unless appellant shall file and serve printed papers and briefs by December twentieth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

BERNARD ROSE and Another, Appellants, v. HENRY STEHLER and Another, Respondents.— Appeal dismissed for failure of appellants to comply with the terms of order of this court entered October 7, 1930. Present — Sears, P. J.— Crouch, Taylor, Edgcomb and Crosby, JJ.